AO 108 (Rev. 01/09) Application for a Warrant to Seize Personal Property Subject to Civil Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>Up to $22,678.00 held in the name of Lisabeth Melahn at American National Bank Account # 52005163 | ) ) ) ) ) | Case No. **11-MC-0038** |

## APPLICATION FOR A WARRANT
## TO SEIZE PERSONAL PROPERTY SUBJECT TO CIVIL FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of __Colorado__ is subject to forfeiture to the United States of America under __31__ U.S.C. § __5317__ *(describe the property)*:

Up to $22,678.00 held in the name of Lisabeth Melahn at American National Bank
Account # 52005163

The application is based on these facts:
The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are set forth in the attached affidavit which is continued on the attached sheet and made a part hereof.

☑ Continued on the attached sheet.

_____
*Applicant's signature*

Matthew Garth, Special Agent, IRS-CI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 20, 2011

City and state: Denver, Colorado

_____
*Judge's signature*
**BOYD N. BOLAND**
**United States Magistrate Judge**
*Printed name and title*

Affidavit in Support of Application for Seizure Warrant

I, Matthew Garth, after being duly sworn, depose and state as follows:

1.  I have been employed as a Special Agent with Internal Revenue Service Criminal Investigation ("IRS-CI") since March 2005. My duties and responsibilities include the investigation of possible criminal violations of the Internal Revenue Code (Title 26 United States Code) and related offenses. I received a Bachelor's of Science in Business Administration with a major in both Accounting and Finance and a Master of Accountancy with a concentration in tax from the University of Tennessee in Knoxville. I am also a Certified Public Accountant (CPA), a Certified Fraud Examiner (CFE) and attended six months of training at the Federal Law Enforcement Training Center ("FLETC") in Glynco, Georgia. At FLETC, I studied criminal law, financial crimes, tax law, and enforcement operations. Over the past five years, I have conducted or assisted in the investigation of numerous suspected violations of financial fraud, criminal tax fraud, and currency and/or money laundering statutes (Titles 18, 26, and 31, United States Code). I have also participated in the execution of search warrants for financial records as part of these investigations.

2.  This affidavit supports application for a seizure warrant for all monies and other things of value up to $22,678.00 contained in subject account number 52005163 in the name of Lisabeth Melahn and $430,346.00 contained in subject account number 70659944 also in the name of Lisabeth Melahn; both accounts are located at American National Bank. Probable cause exists to believe that such monies are subject to seizure and forfeiture to the United States pursuant to Title 31 U.S.C. § 5317, on the grounds that they constitute property involved in, or traceable to, or identical to deposits structured to avoid currency reporting requirements, in violation of Title 31 U.S.C. § 5324(a).

Currency Transaction Reports and Structuring

3.  Title 31 U.S.C. § 5313 and 31 C.F.R. Chapter X (formerly Part 103) of the Bank Secrecy Act ("BSA") requires any financial institution that engages with a customer in a currency transaction (i.e. a deposit or withdrawal) in excess of $10,000.00 to report that transaction to the Internal Revenue Service on Form 104, Currency

1

Transaction Report ("CTR"). These regulations also require that multiple transactions be treated as a single transaction if the financial institution has knowledge that they are conducted by, or on behalf of, the same person, and they result in either currency received or disbursed by the financial institution totaling more than $10,000.00 during any one business day.

4.  CTRs are often used by law enforcement to uncover a wide variety of illegal activities including tax evasion and money laundering. Many individuals involved in these illegal activities are aware of such reporting requirements and take active steps to cause financial institutions to fail to file CTRs. The active steps are referred to as "structuring" or "smurfing" and involve making multiple cash deposits, in amounts less than $10,000.00, to multiple banks and/or branches of the same bank on the same day or consecutive days or within a few days of each other. Structuring is prohibited by Title 31 U.S.C. § 5324(a)(3).

5.  Based on my training and experience, I also know that when individuals routinely make cash deposits around $9,000 within a short period of time, they often are breaking a larger amount of money into separate deposits of amounts of less than $10,000.00 to avoid triggering the filing of a CTR. When they do this, they are engaging in structuring.

6.  In this particular situation, the government does not have any specific knowledge that the source of the structured money is from an illegal source or that the structuring occurred to conceal a tax crime.

7.  Based on the facts of this case, in light of my training and experience, I believe that authorized signor Lisabeth Melahn did not deposit all the cash available to her into her personal accounts when she actually acquired the cash. Rather, it appears that lump sums of cash were acquired, and then structured into the subject accounts in amounts of $10,000.00 or less so that it would not trigger the filing of a CTR.

### Lisabeth Melahn/Tan Your Hide V, Inc.

8.  Lisabeth Melahn ("MELAHN") is the owner of eight tanning salons with locations throughout Denver and Colorado Springs, Colorado. According to records of the Colorado Secretary of State, the address of the registered agent is 6533 Gemfield

Drive, Colorado Springs, CO 80918, and as of May 1, 2006, Tan Your Hide V, Inc. is listed as delinquent for failure to file its required corporate reports.

9. Tan Your Hide has a business savings account and a business checking account at US Bank in Colorado Springs, CO. There are no business bank accounts for Tan Your Hide located at American National Bank. No Currency Transaction Reports have ever been filed for cash deposited into either business bank account held at US Bank.

## Melahn's Personal Bank Accounts

10. Account 52005163 is a personal checking account in the name of Lisabeth Melahn that was opened at American National Bank on April 12, 1996. Approximately every two weeks, a $2,340.06 check from Tan Your Hide to Lisabeth Melahn is deposited into account 52005163. Aside from the $2,340.06 payroll deposits, the vast majority of the deposits into account 52005163 between March 2008 and May 2011 are cash deposits that do not exceed the $10,000.00 CTR threshold.

11. Account 70659944 is a personal money management account with Lisabeth Melahn listed as the sole owner and signatory on the account. MELAHN opened this account, which is also located at American National Bank, on February 7, 2007. The vast majority of the deposits made into account 70659944 between March 2008 and May 2011 are cash deposits that do not exceed the $10,000.00 CTR threshold.

12. Records from both American National Bank accounts were reviewed and revealed that the subject accounts were used solely as personal bank accounts. Melahn's mortgage payment is consistently paid out of account 52005163, Melahn deposits her payroll check into account 52005163, and no business expenses appear to be paid out of either personal account. Additionally, Melahn wrote checks on December 1, 2008, February 1, 2009, and April 1, 2009, for $50,000 each to Countrywide mortgage with "principle only" written in the memo line. An additional two checks were written on June 1, 2010 and July 1, 2010 for $100,000 each; these two checks were written to GMAC and also contained the memo caption "principle only." In total, $350,000 in checks was written to Countrywide/GMAC for "principle only" payments.

3

13.     According to American National Bank, Matthew Bowater is allowed to make deposits into both accounts held in the name of MELAHN but he does not have the authority to sign checks or make any withdrawals out of either account. Bowater makes the vast majority of the cash deposits into both accounts 52005163 and 70659944. While Melahn and Bowater are not known to be married, they have lived at the same address since at least June of 2006. According to Colorado State wage records, Matthew Bowater is listed as working for Tan Your Hide between 2003 and present. During that time, Bowater earned between $30,000 and $35,000 per year.

14.     From March 6, 2008, through May 16, 2011, cash deposits into Melahn's bank accounts at American National Bank have been near but not over the $10,000.00 cash threshold. Between March 6, 2008 and May 16, 2011, there were a total of 117 cash deposits into American National Bank account numbers 52005163 and 70659944, for a total of $744,251.00. Of the 117 currency deposits, 68 deposits totaling $453,024.00 appear to be structured. Specifically, 4 deposits totaling $22,678.00 appear to be structured in amounts of less than $10,000.01 into account number 52005163, and 64 deposits totaling $430,346.00 appear to be structured in amounts less than $10,000.01 into account 70659944.

15.     From March 28, 2003 through May 16, 2011, eleven CTRs were filed for deposits into American National Bank[1] relating to account numbers 52005163 and 70659944. The first CTR, filed on March 28, 2003, was a single transaction CTR, which shows that Lisabeth Melahn deposited $11,581 into account 52005163. This indicates that Lisabeth Melahn was aware of the requirement to file a CTR for deposits totaling over $10,000.00.

16.     Since March 28, 2003, ten additional CTRs have been filed but all ten are noted as "multiple transaction" CTRs. A "multiple transaction" CTR means that more than one cash deposit has been made into accounts held by the same person during the bank's business day, which when aggregated exceeded the $10,000.00 threshold. These are usually identified through the bank's computer software at the end of the day and the customer is unaware that a CTR has been filed. Making multiple deposits in

---

[1] The first two Currency Transaction Reports/CTRs filed on account 52005163 were filed by Western National Bank which later merged with American National Bank.

4

one day into the same account or different accounts where each deposit is under $10,000 but the total daily deposit is over $10,000 is often an attempt by the subject to cause the bank to avoid filing a CTR.

17. It appears that Lisabeth Melahn has consistently structured currency deposits into American National Bank account numbers 52005163 and 70659944 since at least March 2008.

Structuring Pattern

18. As demonstrated by "Exhibit 1," attached to this affidavit, the pattern of deposits for Lisabeth Melahn has been to make multiple cash deposits on the same day, on consecutive days, or within a few days of each other. This gives the appearance that more than $10,000.01 in cash was available to deposit and was held back or deposited into separate accounts in order to avoid the CTR reporting requirements. As such, these transactions constitute structuring. A complete list of structured transactions is attached as Exhibit "1." From approximately February through July, Melahn structured her cash deposits by making one large deposit followed by a smaller deposit on the same day or within a few days of the larger deposit. The larger deposits are typically between $8,500 and $9,930 and the smaller deposits are as little as $1,741 and as large as $8,496. The two deposits within a very short time period show that Melahn had over $10,000 and intentionally deposited less to avoid the filing requirement.

19. During the fall and winter, which is likely a slower time of year for the tanning salon industry, Melahn's cash deposits are less frequent but fall into the same basic pattern. All the cash deposits made during the off-season months are also below the reporting requirements but because there is not as much business over the fall and winter, there is no need for multiple deposits in such a short time period. Between August 8, 2008 and February 18, 2009, Melahn deposited cash of $80,850.00, between July 22, 2009 and February 3, 2010, Melahn deposited cash of $93,379.00 and between July 26, 2010 and February 4, 2011, Melahn deposited cash of $90,744. During each of the three off-seasons listed above, Melahn made an average of two deposits per month and mostly ranged from approximately $5,000 to $8,000, she never made a deposit that exceeded $10,000. Your affiant does not assert that these

5

deposits were structured deposits, but merely notes that Melahn created a new deposit pattern that also maintained deposits below $10,000.00 during the off-seasons. The off-season activity is detailed in Exhibit 2.

20. Based on my training and experience, business owners who have a business account at one financial institution and deposit large amounts of cash into a personal account at a different financial institution are likely attempting to evade paying taxes on their cash earnings. Aside from Mehlan's tanning business, there is no known source of the cash deposited into her personal bank account and there is no known legitimate business reason to deposit business cash receipts into a personal bank account.

21. As of May 16, 2011, your affiant is aware that the current balance for American National Bank account number 52005163 is approximately $31,684.76 and the current balance for American National Bank account number 70659944 is approximately $666,737.05.

## Conclusion

22. Title 31, United States Code, section 5317(c)(2) provides for the civil forfeiture of any property involved in a structuring violation of Title 31, United States Code, 5324 in accordance with the procedures governing civil forfeitures pursuant to Title 18, United States Code, Section 981(b).

23. In light of the above, there is probable cause to believe that all monies and other things of value contained in account number 52005163 at American National Bank up to $22,678.00 and in account number 70659944 also at American National Bank up to $430,346.00 constitute property involved in or traceable to violations of Title 31 U.S.C. § 5324 and, as such, are subject to seizure and forfeiture pursuant to Title 31 U.S.C. § 5317.

24. Therefore, I request the issuance of seizure warrants based on the forfeiture provisions of Title 31 U.S.C. § 5317 pursuant to Title 18, United States Code, Section 981(b).

FURTHER THIS AFFIANT SAYETH NOT.

Matthew Garth
Special Agent, IRS-CI

Subscribed and sworn before me this __20th__ day of May, 2011.

UNITED STATES MAGISTRATE JUDGE

7

## STRUCTURED DEPOSITS

**Exhibit 1**

| Date | Account | Branch | Time | Teller | Acct xx63 | Acct xx44 | Structured Amt |
|---|---|---|---|---|---|---|---|
| Thursday, March 06, 2008 | xxxxxx63 | Briargate | 10:54 AM | 5 | 9,000.00 | | |
| Thursday, March 06, 2008 | xxxxxx44 | Cascade | 2:07 PM | 5 | | 2,647.00 | 11,647.00 |
| Wednesday, March 19, 2008 | xxxxxx44 | Academy | 9:46 AM | 4 | | 9,000.00 | |
| Monday, March 24, 2008 | xxxxxx44 | Academy | 10:54 AM | 9 | | 1,980.00 | 10,980.00 |
| Friday, April 04, 2008 | xxxxxx44 | Briargate | 11:38 AM | 8 | | 9,334.00 | |
| Friday, April 04, 2008 | xxxxxx44 | Academy | 1:45 PM | 5 | | 2,848.00 | |
| Monday, April 07, 2008 | xxxxxx63 | Briargate | 10:51 AM | 2 | 1,000.00 | | 13,182.00 |
| Wednesday, April 16, 2008 | xxxxxx44 | Cascade | 11:30 AM | 4 | | 9,677.00 | |
| Thursday, April 17, 2008 | xxxxxx44 | Pine Creek | 11:35 AM | 5 | | 4,791.00 | 14,468.00 |
| Thursday, May 01, 2008 | xxxxxx44 | Academy | 10:24 am | 3 | | 9,821.00 | |
| Thursday, May 01, 2008 | xxxxxx63 | Briargate | 10:58 am | 2 | 2,802.00 | | 12,623.00 |
| Thursday, May 15, 2008 | xxxxxx44 | Briargate | 12:55 pm | 1 | | 8,941.00 | |
| Monday, May 19, 2008 | xxxxxx44 | Academy | 04:31 pm | 5 | | 5,100.00 | 14,041.00 |
| Thursday, May 29, 2008 | xxxxxx44 | Pine Creek | 11:24 am | 4 | | 9,778.00 | |
| Monday, June 02, 2008 | xxxxxx44 | Briargate | 10:09 am | 5 | | 2,435.00 | 12,213.00 |
| Wednesday, June 11, 2008 | xxxxxx44 | Briargate | 10:11 am | 5 | | 9,922.00 | 9,922.00 |
| Thursday, June 26, 2008 | xxxxxx44 | Pine Creek | 09:23 am | 3 | | 9,900.00 | 9,900.00 |
| Friday, July 11, 2008 | xxxxxx63 | Pine Creek | 11:53 am | 7 | 9,876.00 | | 9,876.00 |
| Wednesday, July 23, 2008 | xxxxxx44 | Pine Creek | 09:29 am | 6 | | 9,832.00 | 9,832.00 |
| Wednesday, March 04, 2009 | xxxxxx44 | Academy | 10:32 am | 4 | | 9,853.00 | 9,853.00 |
| Thursday, March 19, 2009 | xxxxxx44 | Pine Creek | 02:26 pm | 5 | | 9,000.00 | |
| Friday, March 20, 2009 | xxxxxx44 | Pine Creek | 03:53 pm | 4 | | 6,725.00 | 15,725.00 |
| Tuesday, March 31, 2009 | xxxxxx44 | Academy | 03:43 pm | 4 | | 9,930.00 | |
| Wednesday, April 01, 2009 | xxxxxx44 | Briargate | 10:13 am | 2 | | 2,006.00 | 11,936.00 |
| Friday, April 17, 2009 | xxxxxx44 | Cascade | 03:14 pm | 6 | | 9,323.00 | |
| Monday, April 20, 2009 | xxxxxx44 | Pine Creek | 09:52 am | | | 2,274.00 | 11,597.00 |
| Wednesday, April 29, 2009 | xxxxxx44 | Pine Creek | 09:32 am | | | 9,860.00 | |
| Thursday, April 30, 2009 | xxxxxx44 | Academy | 01:19 pm | | | 3,213.00 | 13,073.00 |
| Wednesday, May 13, 2009 | xxxxxx44 | Pine Creek | 10:07 am | 4 | | 9,145.00 | |
| Wednesday, May 13, 2009 | xxxxxx44 | Pine Creek | 05:17 pm | 4 | | 20.00 | |
| Thursday, May 14, 2009 | xxxxxx44 | Pine Creek | 10:30 am | 4 | | 5,087.00 | 14,252.00 |
| Thursday, May 28, 2009 | xxxxxx44 | Pine Creek | 09:48 am | 8 | | 8,247.00 | |
| Friday, May 29, 2009 | xxxxxx44 | Pine Creek | 09:32 am | 4 | | 2,851.00 | 11,098.00 |
| Wednesday, June 10, 2009 | xxxxxx44 | Pine Creek | 11:45 am | 4 | | 9,857.00 | |
| Thursday, June 11, 2009 | xxxxxx44 | Pine Creek | 09:26 am | 2 | | 3,050.00 | 12,907.00 |
| Wednesday, June 24, 2009 | xxxxxx44 | Pine Creek | 10:13 am | 4 | | 9,626.00 | |
| Thursday, June 25, 2009 | xxxxxx44 | Pine Creek | 09:53 am | 4 | | 4,084.00 | 13,710.00 |
| Thursday, July 09, 2009 | xxxxxx44 | Pine Creek | 09:31 am | 2 | | 9,381.00 | 9,381.00 |
| Thursday, February 18, 2010 | xxxxxx44 | Pine Creek | 12:53 pm | 4 | | 9,000.00 | |
| Friday, February 19, 2010 | xxxxxx44 | Pine Creek | 08:55 am | 5 | | 2,019.00 | 11,019.00 |
| Thursday, March 18, 2010 | xxxxxx44 | | 10:29 am | | | 9,272.00 | |
| Friday, March 19, 2010 | xxxxxx44 | | 10:43 am | | | 3,090.00 | 12,362.00 |
| Thursday, April 01, 2010 | xxxxxx44 | | 09:00 am | | | 9,051.00 | |

## STRUCTURED DEPOSITS

**Exhibit 1**

| Date | Account | Branch | Time | Teller | Acct xx63 | Acct xx44 | Structured Amt |
|---|---|---|---|---|---|---|---|
| Friday, April 02, 2010 | xxxxxx44 | | 11:29 am | | | 2,916.00 | 11,967.00 |
| Wednesday, April 14, 2010 | xxxxxx44 | | 12:54 pm | | | 8,944.00 | |
| Thursday, April 15, 2010 | xxxxxx44 | | 12:26 am | | | 6,976.00 | 15,920.00 |
| Thursday, April 29, 2010 | xxxxxx44 | | 09:43 am | | | 8,924.00 | |
| Friday, April 30, 2010 | xxxxxx44 | | 10:03 am | | | 3,750.00 | 12,674.00 |
| Thursday, May 13, 2010 | xxxxxx44 | | 10:27 am | | | 8,699.00 | |
| Friday, May 14, 2010 | xxxxxx44 | | 11:23 am | | | 6,122.00 | 14,821.00 |
| Wednesday, June 09, 2010 | xxxxxx44 | Academy | 09:26 am | 9 | | 2,837.00 | |
| Wednesday, June 09, 2010 | xxxxxx44 | Pine Creek | 10:56 am | 4 | | 9,250.00 | 12,087.00 |
| Thursday, June 24, 2010 | xxxxxx44 | Pine Creek | 09:45 am | 4 | | 9,285.00 | |
| Friday, June 25, 2010 | xxxxxx44 | Pine Creek | 02:23 pm | 3 | | 2,879.00 | 12,164.00 |
| Thursday, July 08, 2010 | xxxxxx44 | Pine Creek | 08:50 am | 5 | | 9,041.00 | |
| Thursday, July 08, 2010 | xxxxxx44 | Briargate | 09:06 am | 7 | | 1,741.00 | 10,782.00 |
| Wednesday, February 16, 2011 | xxxxxx44 | | | | | 9,170.00 | |
| Wednesday, February 16, 2011 | xxxxxx44 | | | | | 1,791.00 | 10,961.00 |
| Wednesday, March 16, 2011 | xxxxxx44 | Briargate | 10:51 AM | 2 | | 8,711.00 | |
| Thursday, March 17, 2011 | xxxxxx44 | Academy | 3:24 PM | 8 | | 3,987.00 | 12,698.00 |
| Thursday, March 31, 2011 | xxxxxx44 | Pine Creek | 9:19 AM | 4 | | 9,641.00 | |
| Friday, April 01, 2011 | xxxxxx44 | Pine Creek | 9:12 AM | 4 | | 6,017.00 | 15,658.00 |
| Friday, April 22, 2011 | xxxxxx44 | Pine Creek | 10:40 AM | 3 | | 7,819.00 | |
| Monday, April 25, 2011 | xxxxxx44 | Pine Creek | 10:40 AM | 4 | | 9,124.00 | 16,943.00 |
| Thursday, April 28, 2011 | xxxxxx44 | Pine Creek | 9:42 AM | 3 | | 8,366.00 | |
| Wednesday, May 04, 2011 | xxxxxx44 | Pine Creek | 11:58 AM | 3 | | 5,075.00 | 13,441.00 |
| Thursday, May 12, 2011 | xxxxxx44 | Pine Creek | 10:16 AM | 3 | | 8,815.00 | |
| Monday, May 16, 2011 | xxxxxx44 | Pine Creek | 10:24 AM | 4 | | 8,496.00 | 17,311.00 |
| | | | | | **22,678.00** | **430,346.00** | **453,024.00** |

\* Acct xxxxxx44 and xxxxxx63 are both personal bank accounts

## Non-Structured Cash Deposits

**Exhibit 2**

| Date | Account | Branch | Time | Teller | Acct # xx63 | Acct # xx44 | Cash Deposit |
|---|---|---|---|---|---|---|---|
| **Off Season 2008 / 2009** | | | | | | | |
| Friday, August 08, 2008 | xxxxxx44 | Pine Creek | 10:05 am | 6 | | 6,794.00 | 6,794.00 |
| Friday, August 22, 2008 | xxxxxx44 | Briargate | 09:26 am | 1 | | 500.00 | 500.00 |
| Friday, August 22, 2008 | xxxxxx44 | Briargate | 09:26 am | 1 | | 6,153.00 | 6,153.00 |
| Tuesday, September 02, 2008 | xxxxxx44 | Pine Creek | 09:43 am | 2 | | 7,006.00 | 7,006.00 |
| Friday, September 19, 2008 | xxxxxx44 | Briargate | 11:17 am | 5 | | 5,804.00 | 5,804.00 |
| Wednesday, October 01, 2008 | xxxxxx44 | Briargate | 10:45 am | 2 | | 4,786.00 | 4,786.00 |
| Friday, October 17, 2008 | xxxxxx44 | Pine Creek | 11:09 am | 5 | | 4,025.00 | 4,025.00 |
| Thursday, October 30, 2008 | xxxxxx44 | Briargate | 10:58 am | 2 | | 3,591.00 | 3,591.00 |
| Monday, November 17, 2008 | xxxxxx44 | Academy | 02:25 pm | 4 | | 4,354.00 | 4,354.00 |
| Thursday, December 11, 2008 | xxxxxx44 | Pine Creek | 12:29 pm | 4 | | 3,544.00 | 3,544.00 |
| Monday, December 22, 2008 | xxxxxx44 | Academy | 09:56 am | 7 | | 4,392.00 | 4,392.00 |
| Thursday, January 15, 2009 | xxxxxx63 | Academy | 01:01 pm | 5 | 6,135.00 | | 6,135.00 |
| Wednesday, January 21, 2009 | xxxxxx44 | Cascade | 10:47 am | 5 | | 7,411.00 | 7,411.00 |
| Wednesday, February 04, 2009 | xxxxxx44 | Pine Creek | 01:18 pm | 8 | | 7,628.00 | 7,628.00 |
| Wednesday, February 18, 2009 | xxxxxx44 | Pine Creek | 10:30 am | 4 | | 8,727.00 | 8,727.00 |
| **Total** | | | | | | | **80,850.00** |
| | | | | | | | |
| **Off Season 2009 / 2010** | | | | | | | |
| Wednesday, July 22, 2009 | xxxxxx44 | Pine Creek | 10:30 am | 4 | | 7,567.00 | 7,567.00 |
| Thursday, August 06, 2009 | xxxxxx44 | Pine Creek | 12:22 pm | 4 | | 8,485.00 | 8,485.00 |
| Wednesday, August 12, 2009 | xxxxxx44 | Pine Creek | 08:57 am | 2 | | 818.00 | 818.00 |
| Friday, August 21, 2009 | xxxxxx44 | Pine Creek | 09:25 am | 4 | | 7,940.00 | 7,940.00 |
| Tuesday, September 01, 2009 | xxxxxx44 | Pine Creek | 09:58 am | 4 | | 3,653.00 | 3,653.00 |
| Tuesday, September 22, 2009 | xxxxxx44 | Pine Creek | 10:16 am | 4 | | 5,918.00 | 5,918.00 |
| Thursday, October 01, 2009 | xxxxxx44 | Academy | 03:36 pm | 2 | | 3,926.00 | 3,926.00 |
| Wednesday, October 14, 2009 | xxxxxx44 | Pine Creek | 03:09 pm | 5 | | 6,362.00 | 6,362.00 |
| Friday, October 30, 2009 | xxxxxx44 | Academy | 03:05 pm | 8 | | 3,864.00 | 3,864.00 |
| Thursday, November 12, 2009 | xxxxxx44 | Pine Creek | 01:27 pm | 5 | | 5,243.00 | 5,243.00 |
| Tuesday, November 24, 2009 | xxxxxx44 | Pine Creek | 01:31 pm | | | 3,430.00 | 3,430.00 |
| Thursday, November 26, 2009 | xxxxxx44 | Pine Creek | 10:08 am | 8 | | 5,853.00 | 5,853.00 |
| Wednesday, December 09, 2009 | xxxxxx44 | Pine Creek | 11:10 am | 5 | | 4,334.00 | 4,334.00 |
| Wednesday, December 23, 2009 | xxxxxx44 | Pine Creek | 10:20 am | 4 | | 5,684.00 | 5,684.00 |
| Wednesday, January 06, 2010 | xxxxxx44 | Pine Creek | 11:14 am | 4 | | 5,931.00 | 5,931.00 |
| Wednesday, January 20, 2010 | xxxxxx44 | Pine Creek | 11:26 am | 5 | | 7,605.00 | 7,605.00 |
| Wednesday, February 03, 2010 | xxxxxx44 | Pine Creek | 10:50 am | 4 | | 6,766.00 | 6,766.00 |
| **Total** | | | | | | | **93,379.00** |
| | | | | | | | |
| **Off Season 2010 / 2011** | | | | | | | |
| Monday, July 26, 2010 | xxxxxx44 | Academy | 12:29 pm | 9 | | 6,229.00 | 6,229.00 |
| Tuesday, August 03, 2010 | xxxxxx44 | Pine Creek | 8:00 AM | 3 | | 8,195.00 | 8,195.00 |
| Wednesday, August 18, 2010 | xxxxxx44 | Pine Creek | 09:17 am | 4 | | 6,680.00 | 6,680.00 |
| Friday, August 20, 2010 | xxxxxx44 | Academy | 02:09 pm | 4 | | 621.00 | 621.00 |

## Non-Structured Cash Deposits

**Exhibit 2**

| Date | Account | Branch | Time | Teller | Acct # xx63 | Acct # xx44 | Cash Deposit |
|---|---|---|---|---|---|---|---|
| Thursday, September 02, 2010 | xxxxxx44 | | | | | 7,017.00 | 7,017.00 |
| Wednesday, October 13, 2010 | xxxxxx44 | | | | | 8,202.00 | 8,202.00 |
| Thursday, October 28, 2010 | xxxxxx44 | | | | | 4,637.00 | 4,637.00 |
| Wednesday, November 10, 2010 | xxxxxx44 | | | | | 6,094.00 | 6,094.00 |
| Tuesday, November 23, 2010 | xxxxxx44 | | | | | 6,236.00 | 6,236.00 |
| Wednesday, December 08, 2010 | xxxxxx63 | | | | 6,894.00 | | 6,894.00 |
| Tuesday, December 21, 2010 | xxxxxx63 | | | | 7,985.00 | | 7,985.00 |
| Thursday, January 06, 2011 | xxxxxx63 | | | | 6,347.00 | | 6,347.00 |
| Wednesday, January 19, 2011 | xxxxxx44 | | | | | 7,918.00 | 7,918.00 |
| Friday, February 04, 2011 | xxxxxx44 | | | | | 7,689.00 | 7,689.00 |
| **Total** | | | | | | | **90,744.00** |